## Ex parte Boerman, Promovente y Apelante, y Marrero, Opositora y Apelada.

Apelación procedente de la Corte de Distrito de Ponce en auto sobre administración judicial.

### Moción de reconsideración.

No. 2182.—Resuelto en febrero 20, 1920.

Apelación—Desestimación—Resoluciones no Apelables—Reconsideración.—
No es de la resolución negando una reconsideración y por tanto ratificando una previa resolución o sentencia, de la que debe apelarse, sino de la resolución o sentencia mismas.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Leopoldo Tormes.*

Abogados de la apelada: *Sres. J. Tous Soto, E. Flores Colón y F. B. Fornaris.* El abogado M. Tous Soto compareció en el acto de la vista.

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

El 10 de diciembre de 1919 la Corte de Distrito de Ponce nombró al contador partidor y los peritos tasadores en este caso. Dicha orden fué notificada a las partes al día siguiente. El 19 del mismo mes una de las partes interesadas pidió a la corte que reconsiderara su orden del día diez. La corte, el 23 de enero de 1920, negó la reconsideración solicitada y la parte que la había pedido apeló para ante este Tribunal por medio de escrito fechado el 30 de enero de 1920.

Otra de las partes interesadas presentó una moción a este Tribunal solicitando la desestimación del recurso por no ser apelable la resolución recurrida. La parte apelante se opuso alegando que las órdenes sobre nombramiento de administrador judicial eran apelables y citó varios casos resueltos por este mismo Tribunal.

Admitiendo que las órdenes sobre nombramientos de administrador, sean apelables, la apelación debió interponerse contra la orden de 10 de diciembre de 1919 y no contra la de 23 de enero de 1920. Cuando la apelación se estableció en 30 de enero de 1920, habían transcurrido más de cuarenta días a partir de la fecha en que la orden de la cual se pudo apelar se había dictado y notificado, y, por tanto, había vencido con exceso el término concedido por la ley para apelar. Dicho término no pudo revivirse por medio de una moción de reconsideración. No es de la resolución negando una reconsideración y, por tanto, ratificando una previa resolución o sentencia de la que pueda apelarse sino de la resolución o sentencia mismas. Véase el caso de *A. Hartman & Cía.* v. *Cividanes*, decidido el 29 de enero de 1920, (pág. 32) y los en él citados.

Debe desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.